**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Cody A. Schott  　　　　　　　　　　CHAPTER 7
　　　　Tonia L. Schott fka Tonia Slocum
　　　　　　　Debtor(s)　　　　　　　　　BKY. NO. 24-11208 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ *Michael Farrington*
　　　　　　　　　　　　　　　　Michael Farrington
　　　　　　　　　　　　　　　　17 Apr 2024, 11:26:19, EDT

　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　(215) 627-1322

Document ID: 11705bd275d06a3a2a802f18176aee8039df26810546f707b730dce20acf5f8a