United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-11208-pmm |
| Cody A. Schott | Chapter 7 |
| Tonia L. Schott | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 02, 2024 | Form ID: 318 | Total Noticed: 14 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Cody A. Schott, Tonia L. Schott, 1202 Millrace Run, Narvon, PA 17555-9712 |
| 14872778 | + | First Commonwealth FCU, 6126 HAMILTON BLVD STE 100, Allentown, PA 18106-9711 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 02 2024 23:39:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 02 2024 23:39:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14872775 | + | EDI: CAPITALONE.COM | Aug 03 2024 03:37:00 | CAPITAL ONE, PO Box BOX 31293, Salt Lake City, UT 84131-0293 |
| 14872776 | + | EDI: CAPONEAUTO.COM | Aug 03 2024 03:37:00 | CAPITAL ONE AUTO FINANCE, CB DISPUTES TEAM, P O BOX 259407, Plano, TX 75025-9407 |
| 14872777 | + | EDI: CITICORP | Aug 03 2024 03:37:00 | CITICARDS CBNA, 5800 SOUTH CORPORATE PLACE, MAIL CODE 234, Sioux Falls, SD 57108-5027 |
| 14872779 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 02 2024 23:38:00 | FIRST NATIONAL BANK OF PA, 4140 E STATE ST, Hermitage, PA 16148-3401 |
| 14872778 | + | Email/Text: debtres@firstcomcu.org | Aug 02 2024 23:39:00 | First Commonwealth FCU, 6126 HAMILTON BLVD STE 100, Allentown, PA 18106-9711 |
| 14872780 | ^ | MEBN | Aug 02 2024 23:38:08 | Loan Depot, 6561 Irvine Center Drive, Irvine, CA 92618-2118 |
| 14872781 | + | EDI: NFCU.COM | Aug 03 2024 03:37:00 | NAVY FEDERAL CREDIT UNION, POB 3700, Merrifield, VA 22119-3700 |
| 14872782 | + | EDI: SYNC | Aug 03 2024 03:37:00 | SYNCB/CARE CREDIT, PO Box BOX 965036, Orlando, FL 32896-5036 |
| 14872783 | + | EDI: SYNC | Aug 03 2024 03:37:00 | SYNCHRONY NETWORKS, P.O. BOX 965036, Orlando, FL 32896-5036 |
| 14872784 | + | EDI: CITICORP | Aug 03 2024 03:37:00 | Tractor Supply, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14872785 | + | EDI: USAA.COM | Aug 03 2024 03:37:00 | USAA SAVINGS BANK, BOX 33009, San Antonio, TX 78265-3009 |

TOTAL: 13

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Aug 02, 2024 | Form ID: 318 | Total Noticed: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor loanDepot.com LLC bkgroup@kmllawgroup.com |
| George Meany Lutz | on behalf of Joint Debtor Tonia L. Schott glutz@hvmllaw.com HartmanValerianoMagovernLutzPC@jubileebk.net |
| George Meany Lutz | on behalf of Debtor Cody A. Schott glutz@hvmllaw.com HartmanValerianoMagovernLutzPC@jubileebk.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Cody A. Schott<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3969<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Tonia L. Schott<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4917<br>EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court    Eastern District of Pennsylvania

Case number:    24–11208–pmm

## Order of Discharge                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Cody A. Schott                                   Tonia L. Schott
                                                 fka Tonia Slocum

<u>8/1/24</u>                                     **By the court:** <u>Patricia M. Mayer</u>
                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**